In the Matter of the Claim of FRANCESCO RODRIGUEZ, Respondent, against New YORK DOCK COMPANY, Appellant.

STATE INDUSTRIAL BOARD, Respondent.

Argued May 27, 1942; decided June 18, 1942.

*James F. Fouhy* for appellant.

*John J. Bennett, Jr., Attorney-General* (*John F. Loehr* of counsel), for State Industrial Board, respondent.

Order of Appellate Division and award of State Industrial Board reversed, and claim dismissed, with costs in this court and in the Appellate Division against the State Industrial Board, on the authority of *Matter of Dorfman* v. *Levine* (260 N. Y. 665). No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.